1 | BLAKE L. OSBORN, ESQ. (SBN 271849)
2 | blake.osborn@gmlaw.com
  | **GREENSPOON MARDER LLP**
3 | 1875 Century Park East, Suite 1900
  | Los Angeles, CA 90067
4 | Telephone: 323.880.4522
  | Facsimile: 954.771.9264
5 |
6 | Attorneys for Defendant Advanced
  | Marketing & Processing, Inc. d/b/a
7 | Protect My Car

8 | **UNITED STATES DISTRICT COURT**
9 |
10 | **CENTRAL DISTRICT OF CALIFORNIA**
11 |

| LEEROY WILLIAMS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ADVANCED MARKETING & PROCESSING, INC. d/b/a PROTECT MY CAR; DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.:  2:20-cv-01508<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served: February 24, 2020<br>Current response date: March 16, 2020<br>New response date: April 15, 2020 |
|---|---|

1

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

## JOINT STIPULATION

WHEREAS, Leeroy Williams ("Williams") filed his complaint in Case No. 2:20-cv-01508 against Advanced Marketing & Processing, Inc. d/b/a Protect My Car ("PMC") on February 14, 2020;

WHEREAS, Williams served his summons and complaint on PMC on February 24, 2020;

WHEREAS, PMC is required to serve its response to Williams' complaint by March 16, 2020, twenty-one days after service of the summons and complaint;

WHEREAS, PMC has requested and Williams has agreed to a thirty-day extension in light of the number and importance of the issues to be raised;

WHEREAS, this is PMC's first request to extend time to respond to the initial complaint; and

WHEREAS, Local Rule 8-3 states that "[i]f the stipulation . . . does not extend the time [to respond to the initial complaint] for more than a cumulative total of thirty (30) days from the date the response initially would have been due, the stipulation need not be approved by the judge."

NOW, THEREFORE, by and through their respective counsel of record, the Parties hereby stipulate and agree that PMC's response to Williams' complaint in Case No. 2:20-cv-01508 shall be due on April 15, 2020.

**IT IS SO STIPULATED.**

Dated: March 9, 2020           **GREENSPOON MARDER LLP**

                               By: _/s/ Blake L. Osborn_
                               Blake L. Osborn, Esq.
                               Attorneys for Defendant

| | | |
|---|---|---|
| 1 | Dated: March 9, 2020 | **LAW OFFICES OF TODD M. FRIEDMAN, P.C.** |
| 2 | | |
| 3 | | By: */s/Adrian R. Bacon* |
| 4 | | Todd M. Friedman (SBN 216752) |
| | | Meghan E. George (SBN 274525) |
| 5 | | Adrian R. Bacon (SBN 280332) |
| 6 | | tfriedman@toddflaw.com |
| | | mgeorge@toddflaw.com |
| 7 | | abacon@toddflaw.com |
| 8 | | 21550 Oxnard St., Suite 780 |
| | | Woodland Hills, CA 91367 |
| 9 | | Telephone: 877.206.4741 |
| 10 | | Facsimile: 866.633.0228 |
| | | Attorneys for Plaintiff, Leeroy Williams |

3

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

## ATTESTION OF E-FILED SIGNATURE

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to Plaintiff's counsel, and that I have obtained their authorization to affix electronic signatures to this document. I hereby attest, under penalty of perjury under the laws of the United States, that Adrian R. Bacon has concurred in the content of the foregoing and has authorized this filing.

DATED: March 9, 2020            By: /s/ *Blake L. Osborn*
                                    Blake L. Osborn