Todd M. Friedman (SBN 216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEEROY WILLIAMS, individually and on behalf of all others similarly situated, Plaintiff, vs. ADVANCED MARKETING & PROCESSING, INC. d/b/a PROTECT MY CAR; DOES 1 through 10, inclusive, Defendants. | Case No.: 2:20-cv-01508-JAK-JEM **NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE.** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses this action without prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

Respectfully submitted this 29th Day of May, 2020.

By: s/Todd M. Friedman Esq.
Todd M. Friedman
Attorney For Plaintiff

# **CERTIFICATE OF SERVICE**

Filed electronically on May 29, 2020, with:

United States District Court CM/ECF system

Notification sent electronically on May 29, 2020, to:

To the Honorable Court, all parties and their Counsel of Record


<u>s/ Todd M. Friedman</u>
   Todd M. Friedman